**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01387-CV

## IN THE INTEREST OF E.A.E.

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30016-2009**

## ORDER

James Edward Echols' Motion for a Bench Warrant is **DENIED.**


/s/    KERRY P. FITZGERALD
        JUSTICE